# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

**FILED**

OCT 0 5 2021

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| -vs- | ) ) ) | Case No. CR 21-278 G |
| NORA BETH STAGER,<br>a/k/a Nora F. Stager,<br>a/k/a Nora Forbes Stager,<br>a/k/a Nora Beth Forbes, | ) ) ) ) ) | Violation:   18 U.S.C. § 641 |
| Defendant. | ) | |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT 1
### (Theft of Public Money)

Beginning in or around September 2011, and continuing without interruption through in or around February 2019, in the Western District of Oklahoma,

----------------------------------------**NORA BETH STAGER,**
a/k/a Nora F. Stager,
a/k/a Nora Forbes Stager,
a/k/a Nora Beth Forbes----------------------------------

did willfully and knowingly embezzle, steal, purloin, and convert to her own use money of the Social Security Administration, a department or agency of the United States. In particular, **STAGER** received and retained Social Security Survivor's Insurance Benefit Program (SBP) payments paid for the benefit of her mother, H.L.F., after H.L.F.'s death,

to which **STAGER** knew she was not entitled, the SBP benefits having a value of approximately $114,173.00.

All in violation of Title 18, United States Code, Section 641.

A TRUE BILL:

*[signature]*

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
Acting United States Attorney

*[signature: Jessica Perry]*

JESSICA L. PERRY
Assistant United States Attorney